# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JESSE ALAN WALKER,

      Plaintiff,

v.                                                                    CASE NO. 3:17cv206-TKW-HTC

MARK INCH, et al.,

      Defendants.

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 62) and Defendants' objections to the Report and Recommendation (Doc. 65). The magistrate judge recommends that Defendants' motion for summary judgment (Doc. 57) be granted in part and denied in part. Based on my de novo review of the issues raised in the objections, I agree with the magistrate judge's recommended disposition of Defendants' motion for summary judgment.[1] Accordingly, it is

---

[1] I have not overlooked the new "evidence" proffered by Defendants in their objections to the Report and Recommendation in response to the magistrate judge's determination that Defendants failed to overcome the doctrine of voluntary cessation. *See* Doc. 65, at 4-5. However, I agree with the magistrate judge that Defendants should have submitted this evidence with their motion for summary judgment, not after the magistrate judge's ruling. *See* Doc. 64, at 3-4 ("[I]f Defendant Inch's position is that he has additional information which would resolve this case without the need for trial, then that information should have been submitted with Defendants' Motion for

**ORDERED** that:

1. Defendants' objections to the Report and Recommendation are **OVERRULED**, and the Report and Recommendation is **ADOPTED** and incorporated into this Order.

2. Defendants' motion for summary judgment (Doc. 57) is

   a. **GRANTED** as to Defendants Jimmy Coker, Micha Neal, Susan Dove, Matthew Jackson, Anne Dittman, Cliff Neal, Curtis Greene, Maurice Radford, and Kate Gustafson; and

   b. **DENIED** as to Defendant Mark Inch.

3. The case is referred to the magistrate judge for further pretrial proceedings on Plaintiff's official capacity Eighth Amendment Claim against Defendant Inch.

**DONE AND ORDERED** this 26th day of July, 2019.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

---

Summary Judgment.  Defendants' failure to make a more thorough argument regarding mootness [and the doctrine of voluntary cessation] in their Motion for Summary Judgment does not justify giving them a second opportunity to do so.") (citation omitted).